# United States Court of Appeals
## For the First Circuit

No. 11-2179

MARY JANE MCGAIR; JOSEPH MCGAIR,

Plaintiffs, Appellants,

v.

AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA,

Defendant, Appellee,

**ERRATA**

The opinion of this Court issued on September 4, 2012, is amended as follows:

On page 12, footnote 4, add the word "zones," followed by a period, at the end of the sentence, after the quotation marks (i.e., . . . moderate-risk" zones.)